

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

KENNETH MOORE, Individually,
and on behalf of all persons similarly
situated,

    Plaintiffs,

vs.

DOMINO'S PIZZA, L.L.C., d/b/a
DOMINO'S PIZZA and
DOMINO'S PIZZA INC., db/a
DOMINO'S PIZZA,

    Defendants.

Case No. 00-2577 D V

---

## ORDER WITHDRAWING ORDER OF REFERENCE

---

The Court hereby withdraws its Order of Reference dated April 11, 2005, in the above-referenced case.

IT IS SO ORDERED this **25** day of **April** 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:00-CV-02577 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT