FILED BY _____ D.C.

05 AUG 29 PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KENNETH MOORE,

    Plaintiff,

v.                                                Case No.: 00-2577 D V

DOMINO'S PIZZA, INC.,

    Defendant.

## ORDER

Before the court is Plaintiff's Motion to Extend Deadlines (Docket #119). Upon review of the motion and for cause, the motion is granted.

A rule 16(b) scheduling conference is set for Thursday, September 8, 2005, at 9:00 a.m.

**IT IS SO ORDERED** this 29 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _____

122

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:00-CV-02577 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT